UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUSSELL and KIM RASNER, et al<br><br>Plaintiffs,<br><br>v.<br><br>KOPELOWITZ OSTROW, P.A. and ANDREW DALE LEDBETTER,<br><br>Defendants. | Case No.: 1:19-cv-05833 |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action shall be dismissed without prejudice and without costs to any party. This Stipulation may be filed with the Clerk of the Court without further notice.

Dated: September 24, 2019
PLAINTIFFS

By: /s/*Alexander N. Loftus*
Alexander N. Loftus, Esq.
Attorneys for Plaintiffs

Alexander Loftus, Esq.
Joseph Wojciechowski, Esq.
STOLTMANN LAW OFFICES, P.C.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: 312.332.4200
alex@stoltlaw.com
joe@stoltlaw.com

KOPELOWITZ OSTROW, P.A

By: /s/ *William B. Oberts*
William B. Oberts
Tribler Orpett and Meyer, P.C.
225 West Washington Street, Suite 2550
Chicago, IL 60606
(312) 201-6400
Email: wboberts@tribler.com

ANDREW DALE LEDBETTER

By: /s/ *Jeremy Craig Kleinman*
Jeremy Craig Kleinman
FrankGecker LLP
1327 W. Washington, Suite 5G-H
Chicago, IL 60607
(312) 276-1400
Email: jkleinman@fgllp.com